AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>LOUD RECORDS, LLC; ARISTA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; ATLANTIC RECORDING CORP.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and WARNER BROS. RECORDS INC. | | DEFENDANT<br>DOES 1 - 5 |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## Exhibit A

### Doe #1 (168.122.170.232 2004-09-14 05:34:35 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Into the Groove | Like a Virgin | 59-442 |
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |
| Atlantic Recording Corporation | Twista | No Remorse | Adrenaline Rush | 238-303 |
| Arista Records LLC | Outkast | Humble Mumble | Stankonia | 306-741 |
| Arista Records LLC | Outkast | Elevators (Me & You) | Atliens | 233-296 |
| Sony BMG Music Entertainment | Journey | Don't Stop Believin' | Escape | 30-088 |
| Loud Records LLC | Mobb Deep | Streets Raised Me | Murda Muzik | 293-229 |
| Sony BMG Music Entertainment | Destiny's Child | Bootylicious | Survivor | 289-199 |
| UMG Recordings, Inc. | Method Man & Redman | How High | Blackout! | 271-723 |

# Exhibit A

## Doe #2 (168.122.208.181 2004-10-08 02:37:23 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Ants Marching | Under the Table and Dreaming | 285-688 |
| Capitol Records, Inc. | Norah Jones | Lonestar | Come Away With Me | 320-120 |
| Sony BMG Music Entertainment | Savage Garden | Crash And Burn | Affirmation | 276-120 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Warner Bros. Records Inc. | Green Day | Warning | Warning | 288-352 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Atlantic Recording Corporation | Genesis | I Can't Dance | We Can't Dance | 172-581 |
| UMG Recordings, Inc. | 3 Doors Down | Duck And Run | The Better Life | 277-407 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |

**Exhibit A**

**Doe #3 (168.122.208.149 2004-09-12 11:37:26 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Fleetwood Mac | Dreams | Rumours | N39857 |
| UMG Recordings, Inc. | 3 Doors Down | Duck And Run | The Better Life | 277-407 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| Sony BMG Music Entertainment | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Arista Records LLC | Usher | My Way | My Way | 257-730 |
| BMG Music | Dave Matthews Band | Ants Marching | Under the Table and Dreaming | 285-688 |
| Motown Record Company, L.P. | 98 Degrees | True To Your Heart | 98 Degrees & Rising | 237-315 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |

## Exhibit A

### Doe #4 (168.122.208.174 2004-10-04 20:03:53 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| UMG Recordings, Inc. | U2 | In God's Country | The Joshua Tree | 78-949 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| UMG Recordings, Inc. | Sublime | Pawn Shop | Sublime | 224-105 |
| Virgin Records America, Inc. | Smashing Pumpkins | Zero | Mellon Collie and the Infinite Sadness | 183-904 |
| Warner Bros. Records Inc. | Green Day | Warning | Warning | 288-352 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| BMG Music | Dave Matthews Band | Ants Marching | Under the Table and Dreaming | 285-688 |
| Atlantic Recording Corporation | Genesis | I Can't Dance | We Can't Dance | 172-581 |

**Exhibit A**

## Doe #5 (168.122.208.177 2004-09-28 02:33:11 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Ants Marching | Under the Table and Dreaming | 285-688 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Sony BMG Music Entertainment | Billy Joel | Captain Jack | Piano Man | N-12214 |
| Capitol Records, Inc. | Norah Jones | Lonestar | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Warner Bros. Records Inc. | Fleetwood Mac | Dreams | Rumours | N39857 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| Motown Record Company, L.P. | 98 Degrees | True To Your Heart | 98 Degrees & Rising | 237-315 |