UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

FILED
IN CLERKS OFFICE

2004 NOV 18  A 11: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, | ) CIVIL ACTION No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| DOES 1 - 5, | )<br>) |
| Defendants. | )<br>) |

04 - 12439 NG

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3,

Plaintiffs identify their parent corporations and any publicly held company that owns 10% or

more of any Plaintiff's stock.

Plaintiff LOUD RECORDS, LLC is a subsidiary of Sony BMG Music Entertainment,

whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is

publicly traded in the United States.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, which is not publicly traded.

Plaintiff MOTOWN RECORD COMPANY, L.P. is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff ATLANTIC RECORDING CORPORATION's parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff BMG MUSIC is a general partnership owned by Sony BMG Music Entertainment and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporation is WMG Parent Corp.,

which is not publicly traded.

LOUD RECORDS, LLC; ARISTA RECORDS
LLC; MOTOWN RECORD COMPANY, L.P.;
ATLANTIC RECORDING CORP.; CAPITOL
RECORDS, INC.; UMG RECORDINGS,
INC.; VIRGIN RECORDS AMERICA, INC.;
BMG MUSIC; SONY BMG MUSIC
ENTERTAINMENT; and WARNER BROS.
RECORDS INC.

By their attorneys,

DATED: _____11/18/04_____     By: _____
                                  Colin J. Zick (BBO No. 556538)
                                  Gabriel M. Helmer (BBO No. 652640)
                                  FOLEY HOAG LLP
                                  155 Seaport Boulevard
                                  Boston, MA 02210-2600
                                  Phone: (617) 832-1000
                                  Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100