UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-5,<br><br>        Defendants. | CIVIL ACTION 04-12439 NG |

**NOTICE OF DISMISSAL WITH PREJUDICE
WITH REGARD TO DEFENDANT DOES 2, 3, 4 AND 5**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal with prejudice of the above-captioned matter with regard to the following defendants:

- Defendant Doe 2, who is associated in the Complaint with the following IP address:  168.122.208.181 2004-10-08 02:37:23;

- Defendant Doe 3, who is associated in the Complaint with the following IP address:  168.122.208.149 2004-09-12 11:37:26;

FHBOSTON/2801120.2

- Defendant Doe 4, who is associated in the Complaint with the following IP address: 168.122.208.174 2004-10-04 20:03:53; and

- Defendant Doe 5, who is associated in the Complaint with the following IP address: 168.122.208.177 2004-09-28 02:33:11.

This notice of dismissal shall have no effect on the claims asserted against the defendant named Doe 1 in this matter.

LOUD RECORDS, LLC; ARISTA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, INC; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and WARNER BROS. RECORDS INC.

By their attorneys,

/s/ Colin J. Zick
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

FHBOSTON/2769950.2